Arthur H. MEYERS, Jr.; Lena M. Meyers, Plaintiffs–Appellants

v.

**PROCTOR & GAMBLE DISABILITY BENEFIT PLAN, erroneously sued as Proctor & Gamble Disability Plan, Defendant–Appellee.**

No. 07–31187.

United States Court of Appeals, Fifth Circuit.

Oct. 15, 2008.

Richard Alvin Tonry, Tonry & Ginart, Chalmette, LA, Keith Michael Couture, Mandeville, LA, Tonry Brinson & Glorioso, Slidell, LA, for Plaintiffs–Appellants.

Steven Hymowitz, Kiesewetter, Wise, Kaplan, Schwimmer & Prather, Memphis, TN, for Defendant–Appellee.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.